**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § § **CASE NUMBER 6:17-CR-00052-RC** **v.** § § § § **COREY BRANDON MORRISON** § § | |

### REPORT & RECOMMENDATION OF
### UNITED STATES MAGISTRATE JUDGE

On July 21, 2017, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Corey Brandon Morrison. The government was represented by Allen Hurst, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Public Defender Ken Hawk.

Defendant originally pled guilty to the offense of Conspiracy to Distribute a Controlled Substance Analogue (Count 1) and Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity (Count 2), Class C felonies. The offenses carried a statutory maximum imprisonment term of 20 years on Count 1, and 10 years on Count 2. The United States Sentencing Guideline range, based on a total offense level of 21 and a criminal history category of I, was 37 to 46 months. On March 18, 2014, District Judge Karen E. Schreier of the District of South Dakota sentenced Defendant to 34 months of imprisonment, a downward departure pursuant to 18 U.S.C. § 3553(a)(1), subject to the standard conditions of release, plus special conditions to include substance abuse treatment and testing, alcohol prohibition, warrantless search of person, residence, place of business, or vehicle at the discretion of the

probation officer, and a $200 special assessment. On August 18, 2014, the term of imprisonment was reduced to time served based on changed circumstances. On August 18, 2014, Defendant completed his period of imprisonment and began his term of supervised release. On June 12, 2017, the terms of supervision were modified to include halfway house placement until August 17, 2017. On July 7, 2017, the case was transferred to the Eastern District of Texas.

Under the terms of supervised release, Defendant was required to refrain from excessive use of alcohol and to not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. In its petition, the government alleges that Defendant violated this condition of supervised release by submitting urine samples on May 1, 2017 and June 19, 2017 that tested positive for methamphetamine.

Based on 5th Circuit case law, the Court can find that illicit drug use constitutes possession. If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by using, and thus possessing, methamphetamine on May 1, 2017 and June 19, 2017, he will be guilty of committing a Grade B violation. U.S.S.G. § 7B1.3(a)(1). Upon a finding of a Grade B violation, the Court shall revoke supervised release. U.S.S.G. § 7B1.3(a)(1). Considering Defendant's criminal history category of I, the Guideline Imprisonment Range for a Grade B violation is 4 to 10 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by committing the acts alleged above. In exchange, the government agreed to recommend a sentence of 4 months, which includes unserved community confinement, with no supervised release to follow.

Pursuant to the Sentencing Reform Act of 1984, the Court **RECOMMENDS** that Defendant Corey Brandon Morrison be committed to the custody of the Bureau of Prisons for a term of imprisonment of 4 months, which includes unserved community confinement, with no supervised release to follow.  The Court **FURTHER RECOMMENDS** that Defendant receive drug treatment.  The Court **FURTHER RECOMMENDS** that the place of confinement be Yankton, South Dakota in order to facilitate family visitation.

**So ORDERED and SIGNED this 21st day of July, 2017.**

*[Signature: John P. Love]*

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE